UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERICA MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06 C 0785 |
| v. | ) | |
| | ) | Judge Filip |
| CITY OF CHICAGO et al., | ) | |
| | ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff Erica Martinez by her attorneys, Loevy & Loevy, and the defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court, after reviewing the Release and Settlement Agreement, finding it to be fair and reasonable, and being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

1. All of the claims of plaintiff Erica Martinez, against the defendant City of Chicago, and against any and all City of Chicago Police Officers are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTERED: _____
HON. MARK FILIP
UNITED STATES DISTRICT COURT

1-26-07

6

DATED: 1/25/07

*Stephen P. Baker*

Stephen P. Baker
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1610
Chicago, Illinois 60602
(312) 744-9332
Attorney No. 6274505